UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Portal Instruments, Inc., <br><br> Plaintiff, <br><br> v. <br><br> LEO Pharma A/S, <br><br> Defendant. | Case No.: 1:22-cv-09156-LGS |

**CERTIFICATE OF SERVICE**

    I, Samuel Barrows, hereby certify that on November 30, 2022, I caused to be served true and correct copies of the Order of Judge Lorna G. Schofield, dated November 16, 2022, and the Individual Rules and Procedures for Civil Cases of Judge Lorna G. Schofield, via electronic mail, upon:

Jordan Scott Joachim
Mark Putnam Gimbel
Covington & Burling LLP
620 8th Avenue, 42nd Floor
New York, NY 10018
(212)-841-1086
Email: jjoachim@cov.com
Email: mgimbel@cov.com

*Counsel for Defendants*

Dated: November 30, 2022
       Boston, Massachusetts

/s/ Samuel Barrows
Samuel Barrows