UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PORTAL INSTRUMENTS, INC.,
                              Plaintiff, :     22 Civ. 9156 (LGS)

          -against-     :     ORDER

LEO PHARMA A/S,
                            Defendant. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, a conference is scheduled in this case for January 4, 2023, at 4:10 P.M. The purpose of this conference is to discuss Defendant's anticipated motion to dismiss. It is hereby

    **ORDERED** that the conference is **RESCHEDULED** from January 4, 2023, at 4:10 P.M. to **January 4, 2023, at 4:25 P.M.**

Dated: January 3, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**