```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
PORTAL INSTRUMENTS, INC.,                                    :
                                Plaintiff,                   :
                                                             :          22 Civ. 9156 (LGS)
                -against-                                    :
                                                             :                ORDER
LEO PHARMA A/S,                                              :
                                Defendant.                   :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on January 4, 2023, a pre-motion conference regarding Defendant's anticipated motion to dismiss was held. On January 6, 2023, the parties each filed a letter regarding the anticipated motion. It is hereby

**ORDERED** that Defendant's motion shall be limited to Count I and shall be briefed according to the following schedule:

- By **January 20, 2023**, Defendant shall file the motion, with a memorandum of law not to exceed twenty (20) pages.

- By **February 3, 2023**, Plaintiff shall file any opposition, not to exceed twenty (20) pages.

- By **February 10, 2023**, Defendant shall file its reply in support of the motion, not to exceed eight (8) pages.

The parties shall comply with the Court's Individual Rules in filing the motion and supporting papers. Pursuant to Individual Rule III.C.2, Defendant's deadline to answer is stayed pending further order from the Court.

Dated: January 9, 2023
       New York, New York

                                                            _____
                                                            LORNA G. SCHOFIELD
                                                            UNITED STATES DISTRICT JUDGE