March 3, 2023

**Via ECF:**
The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Portal Instruments, Inc. v. LEO Pharma A/S*, 1:22-cv-09156-JHR

Dear Judge Rearden:

Plaintiff Portal Instruments, Inc. ("Portal" or "Plaintiff") and Defendant LEO Pharma A/S ("LEO" or "Defendant" and, together with Portal, the "Parties") hereby submit this joint letter to request an extension of time to complete fact discovery and for subsequent deadlines in the above referenced action, as set forth in the table below. This is the first request for an extension of time to complete discovery in this action. The Parties are conferring on the appropriate scope of document discovery and wish to defer the production of documents until they have either reached agreement or had a chance to submit the issue for the Court's resolution. The Parties also request an extension of the deadline to submit a joint status letter to the court by two weeks, from March 6 to March 20, which will hopefully allow them to reach an agreement about which they can update the Court.

| Deadline | Current Date | Proposed Date |
|---|---|---|
| Joint status letter | March 6, 2023 | March 20, 2023 |
| Meet and confer regarding expert discovery | April 4, 2023 | June 4, 2023 |
| Close of fact discovery[1] | May 4, 2023 | July 3, 2023 |

---

[1] Pursuant to paragraph 8 of the January 3, 2023 Scheduling Order (ECF No. 28), the parties agree to extend the deadline for substantial completion of document production to May 2, 2023, the deadlines for completion of document production and for service of interrogatories and

| Joint status letter | May 18, 2023 | July 17, 2023 |
| Close of expert discovery | June 19, 2023 | August 18, 2023 |
| Pre-motion conference for anticipated dispositive motions | July 12, 2023 | September 11, 2023 |

As this matter was only recently reassigned to Your Honor, there are no pending appearances. The Parties would be pleased to appear before Your Honor for a status conference to discuss the proposed amendment to the Civil Case Management Plan at the Court's convenience.

We thank you for Your Honor's attention to this matter.

Respectfully submitted,

*/s/ Matthew Salerno*
Matthew Salerno
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020-1401
(212) 906-1200
matthew.salerno@lw.com

Steven J. Pacini (admitted *pro hac vice*)
Samuel A. Barrows (admitted *pro hac vice*)
Latham & Watkins LLP
200 Clarendon Street
Boston, MA 02116
(617) 948-6000
steven.pacini@lw.com
sam.barrows@lw.com

*Attorneys for Plaintiff Portal Instruments, Inc.*

*/s/ Mark Gimbel*[2]
Mark P. Gimbel
Jordan S. Joachim
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
(212) 841-1000
mgimbel@cov.com
jjoachim@cov.com

*Attorneys for Defendant LEO Pharma A/S*

---

requests to admit to May 26, 2023, and the deadline for completion of depositions to July 3, 2023.

[2] This electronic signature is used with consent in accordance with Rule 8.5(b) of the Court's Electronic Case Filing Rules and Instructions.