USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/6/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PORTAL INSTRUMENTS, INC.,

                Plaintiff,

-v.-

LEO PHARMA A/S,

                Defendant.

Case No. 22 Civ. 9156 (JHR)

[~~PROPOSED~~] REVISED SCHEDULING ORDER

Upon the joint request of the Parties, the following schedule is hereby adopted:

| Deadline | Current Date | Proposed Date |
|---|---|---|
| Joint status letter | March 6, 2023 | March 20, 2023 |
| Meet and confer regarding expert discovery | April 4, 2023 | June 4, 2023 |
| Close of fact discovery | May 4, 2023 | July 3, 2023 |
| Joint status letter | May 18, 2023 | July 17, 2023 |
| Close of expert discovery | June 19, 2023 | August 18, 2023 |
| Pre-motion conference for anticipated dispositive motions | July 12, 2023 | September 11, 2023 |

**SO ORDERED.**

Dated: March 6, 2023
       New York, New York

_____
Hon. Jennifer H. Rearden
United States District Judge