USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/7/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PORTAL INSTRUMENTS, INC.,

                Plaintiff,

-v.-

LEO PHARMA A/S,

                Defendant.

---

22 Civ. 9156 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

    IT IS HEREBY ORDERED that the parties shall appear for a video conference, via Microsoft Teams, on July 20, 2023 at 11:30 AM.  The parties will receive log-in credentials via email.  The public listen-only line may be accessed by dialing 646-453-4442 and entering Conference ID: 204 164 720#.

    SO ORDERED.

Dated: March 7, 2023
       New York, New York

                                              JENNIFER H. REARDEN
                                              United States District Judge