UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| PORTAL INSTRUMENTS INC., | | Case No. 22 Civ. 9156 (JHR) |
| --- | --- | --- |
| | Plaintiff, | |
| v. | | [PROPOSED] **REVISED SCHEDULING ORDER** |
| LEO PHARMA A/S, | | |
| | Defendant. | |

Upon the joint request of the Parties, the following schedule is hereby adopted:

| **Deadline** | **Current Date** | **Proposed Date** |
| --- | --- | --- |
| Close of fact discovery | July 3, 2023 | August 28, 2023 |
| Joint status letter | July 17, 2023 | September 11, 2023 |
| Opening expert report of party with burden of proof | N/A | September 6, 2023 |
| Report of opposing party | N/A | October 4, 2023 |
| Rebuttal report from party with burden of proof | N/A | October 11, 2023 |
| Close of expert discovery | August 18, 2023 | October 25, 2023 |
| ~~Pre-motion conference for anticipated dispositive motions~~ | ~~September 11, 2023~~ | ~~November 15, 2023~~ |

Pursuant to Rule 5.A of the Court's Individual Rules and Practices in Civil Cases, "pre-motion conference[s] will not be held for any [non-discovery-related] motion[s]."

**SO ORDERED.**

Dated: June 29, 2023
New York, New York

_Jennifer H. Rearden_
Hon. Jennifer H. Rearden
United States District Judge

US-DOCS\143193626.4