UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/19/2023
```

PORTAL INSTRUMENTS, INC.,

       Plaintiff,

    -v.-

LEO PHARMA A/S,

       Defendant.

22 Civ. 9156 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

  IT IS HEREBY ORDERED that the July 20, 2023 status conference is adjourned to September 8, 2023 at 11:30 a.m., following the close of fact discovery on August 28, 2023.

  SO ORDERED.

Dated: July 19, 2023
    New York, New York

                _____
                JENNIFER H. REARDEN
                United States District Judge