USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/2023

## COVINGTON

BEIJING  BOSTON  BRUSSELS  DUBAI  FRANKFURT
JOHANNESBURG  LONDON  LOS ANGELES  NEW YORK
PALO ALTO  SAN FRANCISCO  SEOUL  SHANGHAI  WASHINGTON

Jordan Joachim
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1086
jjoachim@cov.com

October 18, 2023

**By CM/ECF**

The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*Application GRANTED. The Court wishes counsel well. The status conference scheduled for October 20, 2023 is adjourned to November 15, 2023 at 11:30 a.m.*

*SO ORDERED.*

*Jennifer H. Rearden, U.S.D.J.*
*Date: Oct. 19, 2023*

Re: *Portal Instruments, Inc. v. LEO Pharma A/S*, 1:22-cv-09156-JHR - Request for Adjournment of October 20 Status Conference

Dear Judge Rearden,

We represent Defendant LEO Pharma A/S ("LEO"), and write to respectfully request an adjournment of the status conference scheduled for October 20, 2023. The status conference was previously adjourned twice: once on the Court's initiative (ECF No. 51) and once in response to the parties' joint motion for extension of time (ECF No. 56, 58). LEO requests a further adjournment of the status conference because of a family emergency involving the undersigned counsel. Plaintiff consents to the requested adjournment, which would not affect any other deadlines.

Should Your Honor have any questions regarding this request, please do not hesitate to contact me. We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ *Jordan S. Joachim*

Jordan S. Joachim