UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/8/2023
```

PORTAL INSTRUMENTS, INC.,

           Plaintiff,

-v.-

LEO PHARMA A/S,

           Defendant.

22 Civ. 09156 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

    For the reasons stated on the record at the December 8, 2023 conference, Plaintiff's motion for reconsideration of the Court's July 20, 2023 Memorandum Opinion and Order is DENIED.

    The Clerk of Court is directed to terminate ECF No. 53.

    SO ORDERED.

Dated: December 8, 2023
       New York, New York

                                          *Jennifer H. Rearden*
                                          JENNIFER H. REARDEN
                                          United States District Judge