UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PORTAL INSTRUMENTS, INC.,

                Plaintiff,

-v.-

LEO PHARMA A/S,

                Defendant.

22 Civ. 09156 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

This case has been placed on the Court's May 2024 trial-ready calendar. The jury trial will begin on **Tuesday, May 7, 2024** at **9:30 a.m.** or on the Court's first available date thereafter. The parties shall be ready to proceed, on 48 hours' notice, on or after May 7, 2024. The parties may contact Chambers by e-mail to learn where their case stands on the calendar.

The parties shall submit a joint proposed pretrial order, as described in Rule 7.A of the Court's Individual Rules and Practices in Civil Cases, by **Monday, April 8, 2024**. On that date, the parties shall also submit all other required pretrial filings, including any motions *in limine*, in accordance with Rule 7.B of the Court's Individual Rules. Any opposition to a motion *in limine* and responsive pretrial memoranda of law shall be filed by **Monday, April 15, 2024**. The parties shall submit copies of all intended exhibits in accordance with Rule 7.G of the Court's Individual Rules.

The final pretrial conference will be scheduled closer to the trial date.

SO ORDERED.

Dated: January 29, 2024
       New York, New York

                                              JENNIFER H. REARDEN
                                              United States District Judge